THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MORRIS MALINSKI, Appellant.

Submitted October 1, 1945; decided October 5, 1945.

*David F. Price* for motion.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by providing " Judgment of conviction reversed and a new trial ordered." Motion for reargument denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WAYNE T. LONERGAN, Appellant.

Submitted October 1, 1945; decided October 8, 1945.

MOTION by appellant to amend the remittitur granted. Return of remittitur requested and when returned it will be amended by adding thereto the following: Upon this appeal there was presented and necessarily passed upon a question under the Constitution of the United States, viz: The defendant argued that the admission of the alleged confession in evidence constituted a denial of due process and a violation of his rights under the Fourteenth Amendment to the Constitution of the United States. This court held that the admission of the alleged confession in evidence was not a denial of due process or a violation of defendant's rights under the Fourteenth Amendment to the Constitution of the United States. [See 294 N. Y. 942.]